FILED

11/26/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JENNIFER ANN HAMMONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW SAUL, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | Cause No.: 6:19-CV-00049-JTJ <br><br><br> **ORDER** |

Upon Plaintiff's motion to amend or modify the briefing schedule in this case, which motion is not opposed by the Defendant; and for good cause, the motion is GRANTED, and the briefing schedule is amended, as follows:

- Plaintiff will file her brief on Defendant by February 10, 2020;

- Defendant's motion and brief will be filed on Plaintiff on March 11, 2020;

- Plaintiff's reply, if any, is due March 25, 2020.

DATED this 26th day of November, 2019.

_____
John Johnston
United States Magistrate Judge