UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JENNIFER ANN HAMMONS,<br><br>               Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No. CV-19-49 -H-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED: Hammon's Motion for Summary Judgment is GRANTED. The Commissioner's final decision denying Hammons's claims for disability insurance benefits is REVERSED and REMANDED for an immediate award of benefits beginning August 31, 2011.

      Dated this 6th day of July, 2021.

                              TYLER P. GILMAN, CLERK

                              By: /s/ M. Stewart
                              M. Stewart, Deputy Clerk