IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| JENNIFER ANN HAMMONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, Acting ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | Cause No.: 6:19-CV-00049-JTJ |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND FOR COSTS PURSUANT TO 28 U.S.C. SEC. 1920**

Upon Stipulation filed by the parties on or about September 8, 2021 **(Docket No. 19)**, and the uncontested motion filed by Plaintiff in connection with said Stipulation; and for good cause shown, it is hereby

ORDERED that Plaintiff is awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of $7,876.18.  This award is without prejudice to the right of Plaintiff's attorney to seek attorney's fees pursuant to the Social Security Act, specifically 28 U.S.C. § 404(b), subject to the offset

provisions of the Equal Access to Justice Act, 28 U.S.C. § 2412(c)(1). In that regard, the Court expressly adopts the provisions of Section 7 of the aforementioned Stipulation as part of this Order;

    IT IS FURTHER ORDERED that counsel for the Plaintiff is awarded costs in the amount of $400.00, representing the filing fee in this case, pursuant to 28 U.S.C. § 1920.

    DATED this 5th day of April, 2022.

_____
John Johnston
United States Magistrate Judge