IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JENNIFER ANN HAMMONS,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>    Defendant. | CV 19-49-H-JTJ<br><br><br>**ORDER** |

  Plaintiff Jennifer Ann Hammons (Hammons) has moved for an order approving an award of attorney's fees to her counsel under 42 U.S.C. § 406(b)(1) in the amount of $27,392.25. The fee amount represents 25% of the past due benefits that Hammons received from the Social Security Administration. The fee amount is consistent with the terms of the retainer agreements that Hammons executed on June 7, 2017, and on September 27, 2018. (Doc. 24-2 at 2-3, Doc. 24-2 at 5-6). The Acting Commissioner of the Social Security Administration does not oppose the motion. (Doc. 25).

  The Court finds that the requested fee amount is reasonable.

Accordingly, IT IS HEREBY ORDERED:

1. Hammon's Motion for an Award of Attorney's Fees under 42 U.S.C. § 406(b)(1) (Doc. 23) is GRANTED.

2. Hammon's attorney is entitled to recover attorney's fees under 42 U.S.C. § 406(b)(1) in the amount of $27,392.25.

3. Upon receipt of this sum, Hammon's attorney shall remit to Hammon $15,401.41, which represents the fees previously awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412. (*See* Doc. 24 at 4).

DATED this 31st day of May, 2022.

John Johnston
United States Magistrate Judge